FRANCIS W. BAXENDALE et al., Respondents, *v.* PROPERTY OWNERS ASSOCIATION OF NORTH SHORE ACRES, INC., et al., Appellants, and ERWIN J. KRIZEK, Respondent.

Argued October 11, 1955; decided November 23, 1955.

*John Marshall Lockwood, S. M. Meeker, D. Edward Meeker* and *John B. Doyle* for appellants.

*Thomas J. Irving* for Francis W. Baxendale and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.